UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| EDITH GORSKI ) | |
| ) | |
|     Plaintiff ) | |
| ) | |
| v. ) | |
| ) | |
| TARGET STORES, INC., A/K/A ) | |
| TARGET CORPORATION ) | |
|     Defendant ) | January 15, 2019 |

## **DEFENDANT TARGET STORES, INC.'S NOTICE OF REMOVAL**

**To the Judges of the United States District Court for The District of Connecticut:**

The Defendant Target Stores, Inc., by and through its undersigned counsel, and pursuant to 28 U.S.C.A. §§1332(a) and 1441 hereby removes this action from the Superior Court, Judicial District of New Haven, State of Connecticut, to the United States District Court for the District of Connecticut and in support of which states as follows:

(1) The Plaintiff served an action against Defendant Target Stores, Inc., on or about December 26, 2018 entitled <u>Edith Gorski v. Target Stores, Inc. a/k/a Target Corporation, NNH-CV-19-6088000-S</u>, bearing a return date of January 22, 2019 and made returnable to the Judicial District of New Haven. A copy of the Summons and Complaint is attached hereto as Exhibit "A".

(2) In the Complaint, the Plaintiff Edith Gorski asserts claims for common law negligence and carelessness against the Defendant alleging that the Plaintiff Edith Gorski sustained physical injuries and damages when she was allegedly struck by merchandise in the Target store in Windsor, Connecticut on January 5, 2017. The Plaintiff is claiming physical injuries, some of which are stated to be "permanent", that include injuries to her head, right shoulder and neck and making a claim for lost wages and loss of earning capacity. Although liability and damages are disputed by the Defendant, any award in favor of the Plaintiff could potentially exceed the

jurisdictional threshold of $75,000 given the claims made by the Plaintiff as set forth in the Complaint.

(3)   Target Stores, Inc. a/k/a Target Corporation is a Minnesota corporation with a principal place of business in Minneapolis Minnesota.

(4)   Plaintiff Edith Gorski is a resident, citizen and is domiciled in Wallingford, Connecticut. She provided an address of 61 Highland Avenue, Wallingford, Connecticut on the Summons dated December 20, 2018 and filed on January 4, 2019.

(5)   The Court has jurisdiction in the above-captioned matter, pursuant to 28 U.S.C.A. § 1332(a)(1), in that the matter is between citizens of different states and the amount in controversy potentially exceeds the sum or value of $75,000.00 based upon the claims made by the Plaintiff.  Therefore, this action may be removed to the United States District Court for the District of Connecticut pursuant to 28 U.S.C.A. §§ 1332 and 1441.

(6)   This Notice of Removal is being filed within thirty (30) days of Defendant being notified of this lawsuit and Defendant Target Stores, Inc. a/k/a Target Corporation, has complied with all requirement of 28 U.S.C.A. §1446.

WHEREFORE, Defendant Target Stores, Inc. a/k/a Target Corporation, respectfully requests that the above action be removed from the Superior Court, Judicial District of New Haven, State of Connecticut, to this Honorable Court.

DEFENDANT TARGET STORES, INC.

  /s/ Dawn Neborsky #27985
Dawn M. Neborsky, Esq.
Bonner, Kiernan, Trebach & Crociata
40 Court Street
Boston, MA 02108
Fed. Bar No. 27985
617-426-3900
dneborsky@bonnerkiernan.com

## **CERTIFICATE OF SERVICE**

  This is to certify that on this 15th Day of January 2019 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated don the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

Charles Reed
Loughlin Fitzgerald, PC
150 South Main Street
Wallingford, CT  06492


              */s/ Dawn M. Neborsky*
              Dawn M. Neborsky

# EXHIBIT A