**SUMMONS - CIVIL**
JD-CV-1 Rev. 4-16
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a,
52-48, 52-259, P.B. §§ 3-1 through 3-21, 8-1, 10-13

See other side for instructions

STATE OF CONNECTICUT
**SUPERIOR COURT**
www.jud.ct.gov



☐ "X" if amount, legal interest or property in demand, not including interest and costs is less than $2,500.
☒ "X" if amount, legal interest or property in demand, not including interest and costs is $2,500 or more.
☐ "X" if claiming other relief in addition to or in lieu of money or damages.

TO: Any proper officer; BY AUTHORITY OF THE STATE OF CONNECTICUT, you are hereby commanded to make due and legal service of this Summons and attached Complaint.

| Address of court clerk where writ and other papers shall be filed *(Number, street, town and zip code)* (C.G.S. §§ 51-346, 51-350) | Telephone number of clerk *(with area code)* | Return Date *(Must be a Tuesday)* |
|---|---|---|
| 235 Church Street, New Haven, CT 06510 | ( 203 ) 503-6800 | January 22, 2019 |

| | | At *(Town in which writ is returnable)* (C.G.S. §§ 51-346, 51-349) | Case type code *(See list on page 2)* |
|---|---|---|---|
| ☒ Judicial District<br>☐ Housing Session | ☐ G.A. Number: | New Haven | Major: T   Minor: 03 |

**For the Plaintiff(s) please enter the appearance of:**

| Name and address of attorney, law firm or plaintiff if self-represented *(Number, street, town and zip code)* | Juris number *(to be entered by attorney only)* |
|---|---|
| Loughlin FitzGerald, P.C., 150 South Main Street, Wallingford, CT 06492 | 034583 |

| Telephone number *(with area code)* | Signature of Plaintiff *(If self-represented)* |
|---|---|
| ( 203 ) 265-2035 | |

The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case under Section 10-13 of the Connecticut Practice Book.   ☐ Yes  ☒ No

Email address for delivery of papers under Section 10-13 *(if agreed to)*

Number of Plaintiffs: 1    Number of Defendants: 1    ☐ Form JD-CV-2 attached for additional parties

| Parties | Name *(Last, First, Middle Initial)* and Address of Each party *(Number; Street; P.O. Box; Town; State; Zip; Country, if not USA)* | |
|---|---|---|
| First Plaintiff | Name: GORSKI, EDITH<br>Address: 61 Highland Avenue, Wallingford, CT 06492 | P-01 |
| Additional Plaintiff | Name:<br>Address: | P-02 |
| First Defendant | Name: TARGET STORES, INC. a/k/a TARGET CORPORATION, 900 Hartford Turnpike, Waterford, CT 06385<br>Address: Agent for Service: CT Corporation System, 67 Burnside Avenue, East Hartford, CT 06108-3408 | D-01 |
| Additional Defendant | Name:<br>Address: | D-02 |
| Additional Defendant | Name:<br>Address: | D-03 |
| Additional Defendant | Name:<br>Address: | D-04 |

**Notice to Each Defendant**

1. **YOU ARE BEING SUED.** This paper is a Summons in a lawsuit. The complaint attached to these papers states the claims that each plaintiff is making against you in this lawsuit.
2. To be notified of further proceedings, you or your attorney must file a form called an "Appearance" with the clerk of the above-named Court at the above Court address on or before the second day after the above Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to come to court.
3. If you or your attorney do not file a written "Appearance" form on time, a judgment may be entered against you by default. The "Appearance" form may be obtained at the Court address above or at *www.jud.ct.gov* under "Court Forms."
4. If you believe that you have insurance that may cover the claim that is being made against you in this lawsuit, you should immediately contact your insurance representative. Other action you may have to take is described in the Connecticut Practice Book which may be found in a superior court law library or on-line at *www.jud.ct.gov* under "Court Rules."
5. If you have questions about the Summons and Complaint, you should talk to an attorney quickly. **The Clerk of Court is not allowed to give advice on legal questions.**

| Signed *(Sign and "X" proper box)* | ☒ Commissioner of the Superior Court<br>☐ Assistant Clerk | Name of Person Signing at Left<br>Charles P. Reed | Date signed<br>12/20/2018 |
|---|---|---|---|

If this Summons is signed by a Clerk:
a. The signing has been done so that the Plaintiff(s) will not be denied access to the courts.
b. It is the responsibility of the Plaintiff(s) to see that service is made in the manner provided by law.
c. The Clerk is not permitted to give any legal advice in connection with any lawsuit.
d. The Clerk signing this Summons at the request of the Plaintiff(s) is not responsible in any way for any errors or omissions in the Summons, any allegations contained in the Complaint, or the service of the Summons or Complaint.

*For Court Use Only*
File Date

| I certify I have read and understand the above: | Signed *(Self-Represented Plaintiff)* | Date | Docket Number |
|---|---|---|---|

(Page 1 of 2)

RETURN DATE: JANUARY 22, 2019

| | |
|---|---|
| EDITH GORSKI | : SUPERIOR COURT |
| | : |
| v. | : JUDICIAL DISTRICT OF |
| | : NEW HAVEN AT NEW HAVEN |
| TARGET STORES, INC., A/K/A | : |
| TARGET CORPORATION | : DECEMBER 20, 2018 |

## **COMPLAINT**

1. Plaintiff Edith Gorski ("Plaintiff") is an individual citizen of the State of Connecticut, residing at 61 Highland Avenue, Wallingford, Connecticut.

2. Defendant Target Stores, Inc. a/k/a Target Corporation ("Target") is and was at all times relevant a foreign corporation existing under the laws of the State of Minnesota, with a principal place of business at 900 Hartford Turnpike, Waterford, Connecticut, duly authorized to conduct business within the State of Connecticut.

3. At all times relevant, Target owned, leased, possessed, controlled, maintained and/or operated commercial premises located at 1075 Kennedy Road, Windsor, Connecticut, on which was located a Target store (the "Premises").

4. On or about January 5, 2017, at approximately 7:40 p.m., Plaintiff was lawfully on the Premises for the purpose of purchasing items at the Target store.

5. At that time and place, Plaintiff was caused to sustain serious injuries when she was struck by falling boxes of heavy merchandise from a shelf or shelves that collapsed, broke, fell and/or was uneven due to the improper installation of metal brackets and/or other mechanisms that were intended to secure said shelves.

6. Plaintiff's injuries and losses were actually and proximately caused by the negligence and carelessness of Target, its servants, agents and/or employees in one or more of the following ways:

    (a) IN THAT it/they caused or allowed and permitted the Premises to be and remain in an unsafe and dangerous condition;

    (b) IN THAT it/they failed to properly maintain the shelves from collapsing for the safety of its business patrons on said Premises;

    (c) IN THAT it/they maintained said Premises in the aforesaid condition;

    (d) IN THAT it/they failed to repair, secure or ameliorate the metal brackets on said shelves, and that the failure to do so would create a hazard to persons lawfully upon the Premises;

    (e) IN THAT it/they failed to use reasonable care to inspect and maintain the Premises and to make the Premises reasonably safe for persons such as Plaintiff;

(f) IN THAT it/they failed to remedy said conditions when the same was reasonably necessary under the circumstances;

(g) IN THAT it/they failed to conduct activities on the Premises in such a way as to not injure persons such as Plaintiff; and/or

(h) IN THAT it/they failed to provide any warning to the Plaintiff of or guard her from the aforementioned unsafe conditions of the Premises.

7. As a result of the negligence and carelessness of Target as aforesaid, Plaintiff suffered the following personal injuries, some or all of which may be permanent in nature:

(a) injury to the head;

(b) injury to the right shoulder;

(c) concussion;

(d) headaches;

(e) neck pain;

(f) post-concussion syndrome;

(g) right shoulder pain;

(h) dizziness;

(i) sleep problems; and

    (j)  pain and suffering.

8. As a further result of the negligence and carelessness of Target as aforesaid, Plaintiff has incurred and may incur in the future expenses for medical care, treatment and attention, x-rays, radiological studies and related additional expenses, all to her loss and damage.

9. As a further result of the negligence and carelessness of Target as aforesaid, Plaintiff suffered a loss of income, and was impaired from performing her usual work activities and may be so impaired in the future.

10. As a further result of the negligence and carelessness of Target as aforesaid, Plaintiff's normal and usual daily activities of life were impaired and will continue to be impaired in the future.

WHEREFORE, Plaintiff claims:

1. Money damages;

2. Costs and expenses of suit; and

3. Such further legal and/or equitable relief as the Court may deem just and proper.

PLAINTIFF EDITH GORSKI

By: _____
Charles P. Reed
LOUGHLIN FITZGERALD, P.C.
150 South Main Street
Wallingford, CT 06492
Tel.: (203) 265-2035
Fax: (203) 269-3487
E-mail: creed@lflaw.com
Juris No. 034583

Her Attorneys

RETURN DATE: JANUARY 22, 2019

| | | |
|---|---|---|
| EDITH GORSKI | : | SUPERIOR COURT |
| | : | |
| v. | : | JUDICIAL DISTRICT OF |
| | : | NEW HAVEN AT NEW HAVEN |
| TARGET STORES, INC., A/K/A | : | |
| TARGET CORPORATION | : | DECEMBER 20, 2018 |

**STATEMENT OF AMOUNT IN DEMAND**

The amount, legal interest and property in demand, is greater than $15,000 (Fifteen Thousand Dollars), exclusive of interest and costs.

PLAINTIFF EDITH GORSKI

By: _____
Charles P. Reed
LOUGHLIN FITZGERALD, P.C.
150 South Main Street
Wallingford, CT 06492
Tel.: (203) 265-2035
Fax: (203) 269-3487
E-mail: creed@lflaw.com
Juris No. 034583

Her Attorneys

- 6 -