## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| EDITH GORSKI : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | CIVIL ACTION NO: 3:19-CV-00082-JAM |
| TARGET STORES, INC., A/K/A : | |
| TARGET CORPORATION : | |
| Defendants : | |
| _____: | SEPTEMBER 18, 2019 |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Plaintiff Edith Gorski and the Defendant Target Stores, Inc. a/k/a Target Corporation by and through the undersigned counsel, hereby stipulate to the dismissal of the plaintiff's action with prejudice.

| PLAINTIFF EDITH GORSKI | DEFENDANT TARGET CORPORATION |
|---|---|
| /s/ Dorothy Diaz-Hennessey (*#30539*) | /s/ Michael J. Smith *(#15120)* |
| Dorothy Diaz-Hennessey, Esq., *#30539* | Michael J. Smith, Esq., *#15120* |
| Loughlin Fitzgerald, PC | Bonner, Kiernan, Trebach & Crociata |
| 150 South Main Street | 40 Court Street, 3rd Floor |
| Wallingford, CT 06492 | Boston, MA 02108 |
| Fed. Bar No | Fed. Bar No. *#15120* |
| 203-269-3487 | 617-426-3900 |
| ddiaz-hennessey@lflaw.com | msmith@bonnerkiernan.com |

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 18, 2019 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filling will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                              */s/ Dorothy Diaz-Hennessey*
                              Dorothy Diaz-Hennessey